IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

2026 MAY 11 AM10:54
CLERK'S OFFICE USDC PR
RECEIVED AND FILED

PRISONER CIVIL RIGHTS COMPLAINT
42 U.S.C. § 1983

*DEMANDA POR VIOLACION A DERECHOS CIVILES DE CONFINADO*
*42 U.S.C. § 1983*

26-cv-1281
SCC

Guarionex Candelario Rivera

Full name of plaintiff
*Nombre completo del demandante*

v.

Secretary Department
Correction and rehabilitation
Of Puerto Rico

Full name(s) of defendant(s)
*nombre completo de(l)(los) demandado(s)*

I.      Previous lawsuits.
        *Pleitos radicados anteriormente.*

        A.      Have you brought other lawsuits in state or federal court dealing with the
                same facts involved in this action or otherwise relating to your
                imprisonment?

                *¿Ha iniciado usted otros pleitos en los tribunales estatales o federales que
                tengan que ver con los mismos hechos de la presente acción o que se
                relacionen con su reclusión?*

                (  )   Yes *(Sí)*                              ( X )   No

        B.      If your answer to "A" is yes, describe the lawsuit in the space below.  If there
                is more than one lawsuit, describe the additional lawsuits on another piece of
                paper using the same outline.

                *Si la contestación a la pregunta "A" es en la afirmativa, describa el pleito en
                el espacio siguiente.  De existir más de un pleito, descríbalos en otro papel*

42:1983                                      -1-

*utilizando el mismo modelo.*

1.  Parties to the previous lawsuit.
    *Partes en el pleito anterior.*

    Plaintiff(s)
    *Demandante(s)*      _____

                         _____

    Defendant(s)
    *Demandado(s)*       _____NONe_____

                         _____

2.  Court.  If federal court, name the district, if state court, name the county or part.

    *Tribunal.  Si es un tribunal federal, indique el distrito, si es un tribunal estatal, indique el condado o sala.*

    _____

3.  Docket number.
    *Número asignado.*   _____NONe_____

4.  Name of judge to whom the case is assigned.
    *Nombre del juez a quien se le asignó el caso.*

    _____NONe_____

5.  Disposition.  For example: Was the case dismissed?  Was it appealed?  Is it still pending?

    *Disposición.  Por ejemplo: ¿Se desestimó el caso?  ¿Se apeló?  ¿Se encuentra aún pendiente?*

    _____NONe_____

6.  Approximate date of filing lawsuit.
    *Fecha aproximada en que radicó el pleito.*

    _____NONe_____

42:1983                          -2-

7. Approximate date of disposition.
*Fecha aproximada en que se resolvió el pleito.*

NONe

II. Place of confinement.
*Lugar actual de reclusión.*

A. Is there a prisoner's grievance procedure in the institution?
*¿Existe un procedimiento de quejas y agravios para los confinados en la institución?*

(X) Yes *(Sí)*          ( ) No

B. Did you present the facts related to your complaint in the state prisoner's grievance procedure?
*¿Presentó usted los hechos de su querella bajo el procedimiento de quejas y agravios para confinados?*

( ) Yes *(Sí)*          (X) No

C. If your answer is yes,
*Si su contestación es afirmativa,*

1. What steps did you take?
*¿Qué medidas tomó usted?*

_____

_____

2. What was the result?
*¿Cuál fue el resultado?*

_____

_____

D. If your answer is No, explain why not.
*Si su contestación es No, explique porqué.*

Events ocurred inside
of The Institución.

42:1983                    -3-

E.  If there is no prison grievance procedure in the institution, did you complain to prison authorities?
*Si no existe un procedimiento de quejas y agravios en la institución, ¿se quejó usted con las autoridades de la institución?*

( )  Yes *(Si)*                    (X)  No

F.  If your answer is Yes,
*Si su contestación es en la afirmativa,*

1.  What steps did you take?
*¿Qué medidas tomó usted?*

_____

_____  None

2.  What was the result?
*¿Cuál fue el resultado?*

_____

_____

III.  Parties.
*Partes.*

In item A below, write your name in the first blank and write your present address in the second blank. Do the same for additional parties, if any, using the reverse side if necessary.

*Bajo la letra A, escriba su nombre en la primera línea y su dirección actual en la segunda línea. Si hay demandantes adicionales, provea la misma información utilizando el dorso si es necesario.*

A.  Name of plaintiff
*Nombre del demandante*  Guarionex Candelario Rivera

_____

Address
*Dirección*  Institución Ponce Máxima.
A-1 #0261 Ponce by pass
3699 Ponce, P.R. 00728-1500

42:1983                    -4-

In item B below, write the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the name, position and place of employment of any additional defendant.

*Bajo la letra B, escriba en la primera línea el nombre completo del demandado, en la sgunda línea escriba el puesto que ocupa y en la tercera línea escriba el lugar donde está empleado. Utilice el apartado C para escribir el nombre, puesto y lugar de empleo de otro demandado.*

B.  Defendant
    *Demandado*

Francisco A. Quiñones Rivera

    is employed as
    *está empleado como*

Secretary Department

    at
    *en*

Correction of Puerto Rico

Luz Virginia Olivieri Zayas, Superviser T.S.S.

IV.  Statement of Claim.
     *Relación de Hechos.*

Carla M. Maldonado
Técnico Servicios Sociales T.S.S.

State here, as briefly as possible, the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates or statutes. Do not give any legal arguments or cite any cases or statutes. If you intend to allged a number of related claims, number and set forth each claim in a separate paragraph. Attach an extra sheet if necessary.

*Escriba brevemente los hechos del caso. Describa la participación de cada uno de los demandados. Incluya también los nombres de otras personas que tuvieron participación, las fechas y los estatutos. No presente argumentos legales ni cite precedentes ni estatutos. Si usted quiere presentar varias reclamaciones, enumérelas y hágalo en párrafos por separado. Puede utilizar otra hoja de papel si lo considera necesario.*

People requested may use their position and authority to force our civil rights, over religion, among others.

42:1983                                                    -5-

V.    Request for Relief.
      *Solicitud de Remedio.*

      State briefly exactly what you want the court to do for you.  Make no legal
      arguments.  Cite no cases or statutes.

      *Indique brevemente lo que usted espera que el tribunal haga por usted.  No
      escriba argumentos legales ni cite precedentes ni estatutos.*

      Waiting for the court to Allow me
      A how hearing to Expose my arguments
      reajated to the case.

I declare under penalty of perjury that the foregoing is true and correct.
*Declaro bajo pena de perjurio que lo anterior es cierto y correcto.*

Signed this ___30___ day of ___Abril___ of ___2026___.
              *(día)*              *(mes)*            *(año)*

                                        Huarionex Candelario Rivera
                                        Plaintiff's signature
                                        *Firma del demandante*

42:1983                                 -6-